Submitted on record and briefs January 24, reversed and remanded for reconsideration November 12, 1992

In the Matter of the Compensation of
Dwight D. Denton, Claimant.

## LIBERTY NORTHWEST INSURANCE CORPORATION
and Smalley Diesel Company,
*Petitioners,*

*v.*

Dwight D. DENTON,
*Respondent.*

(90-18489; CA A71245)

840 P2d 755

M. Kathryn Olney, Portland, filed the brief for petitioners. Dennis H. Henninger, Lake Oswego, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).